UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>            Plaintiff,<br><br>v.<br><br>COBB INVESTMENT COMPANY, INC.,<br>BEN MOON JEW and HELEN JEW, dba<br>GOLDEN RESTAURANT<br><br>            Defendants. | Case No. 1:12-CV-00168-LJO-BAM<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff JOHN MORALES ("Plaintiff") and Defendants COBB INVESTMENT COMPANY, INC., BEN MOON JEW and HELEN JEW, dba GOLDEN RESTAURANT (collectively referred to herein as "Defendants"), jointly requested a 28 day extension of time for Defendants to respond to Plaintiff's initial Complaint in this matter. (Doc. 9.)

Plaintiff served the initial Complaint on Defendants on February 14, 2012. Pursuant to Federal Rules of Civil Procedure Rule 12(a), Defendants are required to respond to the complaint on or before March 6, 2012. The Parties stipulate and agree to extend this date by 28 days. There have been no previous extensions of time in this action and there appears to be no prejudice extending the time for Defendants to respond to the Complaint.

Accordingly, Defendants must file an answer or otherwise respond to the Complaint on or before April 3, 2012.

IT IS SO ORDERED.

Dated:   **March 21, 2012**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE