1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN MORALES,                                     CASE NO. CV F 12-0168 LJO BAM

            Plaintiff,                **ORDER TO DISMISS AND TO CLOSE ACTION**
(Doc. 15.)

    vs.

COBB INVESTMENT COMPANY,
INC., et al.,

            Defendants.
                                /

      Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

      1.     DISMISSES with prejudice this entire action;

      2.     VACATES all pending matters; and

      3.     DIRECTS the clerk to close this action.

      IT IS SO ORDERED.

**Dated:    May 14, 2012**                   **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1